IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ABDULLAH FALAK,
   Petitioner,
     v.

DARRELL HART,
   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-2322-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the Petition. The Magistrate Judge correctly held that this action is barred by the one year statute of limitation of 28 U. S. C. § 2244(d)(1) and that the Petitioner has not exercised due diligence in pursing an actual innocence claim. In his Objections to the Report and Recommendation, the Petitioner abandons the actual innocence claim and alleges that his due process rights were violated by the failure to provide him with an appropriate translator at trial. This issue was raised in the Petitioner's direct appeal and was decided against him. It is too late to raise the issue now in a habeas corpus petition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed.

T:\ORDERS\09\Falak\r&r.wpd

SO ORDERED, this 9 day of June, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge